IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PERRY FINOCHIARO                                                                                              PLAINTIFF

     v.                                                    CIVIL NO. 13-2213

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                                DEFENDANT

**O R D E R**

     Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

     Plaintiff's IFP application indicates that his wife works. ECF No. 2. However, Plaintiff did not indicate the nature of his wife's employment or her salary. As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding his sources of income. Plaintiff is directed to file his amended IFP application by October 1, 2013. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

     IT IS SO ORDERED this 17th day of September 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE